# ELECTRONIC RECORD

COA # 05-12-01537-CR   OFFENSE: 19.02

STYLE: Mark Lynn Milligan v. The State of Texas   COUNTY: Dallas

COA DISPOSITION: AFFIRM   TRIAL COURT: 363rd Judicial District Court

DATE: 12/30/2014  Publish: NO TC CASE #: F11-27465-W

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Mark Lynn Milligan v. The State of Texas   CCA #: 034-15

_____PRO SE_____ Petition   CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

_____REFUSED_____   JUDGE: _____

DATE: _04/22/2015_   SIGNED: _____  PC: _____

JUDGE: _Per Curiam_   PUBLISH: _____  DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**